In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00334-CV**
_____

**IN THE INTEREST OF A.L.N.P.**

**On Appeal from the County Court at Law No. 2**
**Liberty County, Texas**
**Trial Cause No. CV1205410**

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this appeal. The motion appears to be voluntarily made by appellant, and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 18, 2019
Opinion Delivered December 19, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.